■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES HUNTLEY, Appellant

Present—Denman, J. P., Green, Pine, Balio and Davis, JJ.